IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DOROTHY LA'SHAY WALLACE,           )
                                   )
        Petitioner,                )
                                   )
v.                                 )        CIVIL ACTION NO. 09-00232-WS-N
                                   )
EDWARD ELLINGTON, et al.,          )
                                   )
        Defendants.                )

ORDER

After due and proper consideration of all portions of this file deemed relevant to

the issues raised, and a *de novo* determination of those portions of the recommendation to

which objection is made,  the Recommendation of the Magistrate Judge made under 28

U.S.C. § 636(b)(1)(B) and dated January 8, 2010, is **ADOPTED** as the opinion of this

Court.

    **Done** this 14th day of January, 2010.


                                   s/WILLIAM H. STEELE
                                   UNITED STATES DISTRICT JUDGE