IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY LA'SHAY WALLACE, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. 09-00232-WS-N |
| EDWARD ELLINGTON, et al., | ) ) ) |
| Defendants. | ) |

JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED** as barred by the statute of limitations set forth in 28 U.S.C. § 2244(1).

**Done** this 14th day of January, 2010.

                                                               s/WILLIAM H. STEELE
                                                               UNITED STATES DISTRICT JUDGE